```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| WEFKY WAEL ABDELRAHMAN, | 24-cv-9704 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| LACONIA MEAT CORP., ET AL., | |
| Defendants. | |

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for each of defendants to answer was either January 17, 2025 or January 21, 2025. To date, no answers been filed.

The time for the defendants to answer or respond to the complaint is extended to **February 7, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiffs should serve a copy of this Order on each of the defendants and file proof of service on the docket by **January 31, 2025**.

SO ORDERED.

Dated: New York, New York
January 24, 2025

/s/ John G. Koeltl
John G. Koeltl
United States District Judge