```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| WEFKY WAEL ABDELRAHMAN, | 24-cv-9704 (JGK) |
| Plaintiff, | <u>ORDER</u> |
| - against - | |
| LACONIA MEAT CORP., ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by February 14, 2025.

SO ORDERED.

Dated:   New York, New York
         January 31, 2025

_____
John G. Koeltl
United States District Judge