```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

WEFKY WAEL ABDELRAHMAN,                24-cv-9704 (JGK)

               Plaintiff,               ORDER

       - against -

LACONIA MEAT CORP., ET AL.,

               Defendants.

--------------------------------------------------

JOHN G. KOELTL, District Judge:

    On January 28, 2025, an answer was filed in this case. ECF No. 12. The answer is signed by an unidentified person and appears to be filed on behalf of all of the defendants. See id. However, companies "must appear through licensed counsel." Lattanzio v. COMTA, 481 F.3d 137, 140 (2d Cir. 2007). In other words, companies may not appear pro se. Id.

    Therefore, the defendants Laconia Meat Corp. ("Laconia") and Jerome Meat & Produce Corporation II ("Jerome") must obtain licensed counsel to appear and answer the complaint. To date, it appears that the defendants Laconia and Jerome have failed to do so.

    The time for the defendants Laconia and Jerome to obtain counsel and answer or otherwise respond to the complaint is extended to **March 7, 2025**. Failure to respond to the complaint by that date could result in a default judgment being entered against the defendants Laconia and Jerome.

The Clerk is directed to mail a copy of this Order to the address listed on the answer filed in this case, 3425 Jerome Avenue, Bronx, NY 10467, and to note such mailing on the docket.

**SO ORDERED.**

Dated:   New York, New York
         February 14, 2025

                                          _____
                                              John G. Koeltl
                                          United States District Judge