```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

WEFKY WAEL ABDELRAHMAN,　　　　　　　　　　24-cv-9704 (JGK)

　　　　　　Plaintiff,　　　　　　　　　　　ORDER

　　- against -

LACONIA MEAT CORP., ET AL.,

　　　　　　Defendants.

**JOHN G. KOELTL**, District Judge:

On February 14, 2025, the Court ordered the defendants Laconia Meat Corp. ("Laconia") and Jerome Meat & Produce Corporation II ("Jerome") to obtain licensed counsel and answer or otherwise respond to the complaint by March 7, 2025. ECF No. 15. The Court warned that failure to respond to the complaint by that date could result in a default judgment being entered against the defendants Laconia and Jerome.

To date, Laconia and Jerome have failed to answer or otherwise respond to the complaint. The plaintiff is directed to file, by **March 24, 2025,** a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices.

SO ORDERED.

Dated:　New York, New York
　　　　March 10, 2025

　　　　　　　　　　　　　　　　　　/s/ John G. Koeltl
　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge