# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
60 East 42nd Street - 40th Floor
New York, New York 10165

———

Telephone (212) 209-3933
Facsimile (212) 209-7102

**MEMO ENDORSED**

March 10, 2025

**REQUEST FOR EXTENSION OF TIME
AND STATUS CONFERENCE**

**VIA ECF**
Honorable Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    ***Wefky Abdelrahman v. Laconua Meat Corp. dba C-Town, et. al.***
              Case No.:   24 cv 9704 (JGK)(GS)

Dear Judge Stein,

    We are counsel for the plaintiff.

    On February 18, 2025 the District Court ordered the corporate defendants to retain counsel and appear or otherwise respond to the complaint, by March 7th. The same day, the District Court referred the case to Your Honor, for general pretrial supervision [*See*, Docket entries 15, 16].

    On March 7, 2025 defendants (*pro se*) contacted me via E-mail, to request additional time to retain counsel. I do not object to their request and make this application on their behalf, for thirty (30) days to respond to the complaint.

    In addition, on behalf of plaintiff, I respectfully ask the court to schedule a telephone status conference with defendants' (counsel) and the undersigned on behalf of plaintiff, to discuss pretrial procedures and the status and timing of discovery. Defendants agreed to retain counsel within two (2) weeks and as such, we ask that the timing of the conference be on March 24, 2025 or as soon thereafter as the court is available.

Hon. Gary Stein, M.J.
March 10, 2025
Page 2

We thank you for your consideration of this case.

Respectfully submitted,

CILENTI & COOPER, PLLC

By: _____
Peter Hans Cooper

cc: **richieiseed@gmail.com**
Hamdi Iseed
Alaa Iseed
C Town Supermarket
3970 Laconia Avenue
Bronx, New York 10466

Andy Boy Produce & Halal Meat Market
3425 Jerome Avenue
Bronx, New York 10467

Defendants' time to answer or otherwise respond to the complaint is hereby extended to Monday, April 7, 2025. If appropriate, the undersigned will schedule an initial case management conference once Defendants' counsel has responded.

Date:  March 11, 2025
       New York, NY

SO ORDERED:

_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE