**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
WEFKY WAEL ABDELRAHMAN,

                        Plaintiff,

             -against-

LACONIA MEAT CORP., *et al.,*

                      Defendants.
---------------------------------------------------------------X

**24 Civ. No. 9704 (GS)**

**<u>PRE-SETTLEMENT</u>**
**<u>CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **<u>Thursday, July 17, 2025 at 11:30 a.m.</u>**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 797 553 013#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

       **SO ORDERED.**

DATED:     New York, New York
              July 9, 2025

                                _____
                                The Honorable Gary Stein
                                United States Magistrate Judge