**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
WEFKY WAEL ABDELRAHMAN,

                              Plaintiff,                    **24 Civ. No. 9704 (GS)**

            -against-                                      **ORDER**

LACONIA MEAT CORP.,

                              Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This case is referred to Magistrate Judge Ona T. Wang for settlement. No later than August 1, 2025, the parties shall contact Judge Wang's chambers regarding the scheduling of a settlement conference.

       **SO ORDERED.**

DATED:    New York, New York
                July 23, 2025

                                                        _____
                                                           The Honorable Gary Stein
                                                            United States Magistrate Judge