**MEMO ENDORSED.**

# The Law Offices of Diane H. Lee, P.C.*

| | |
|---|---|
| 1630 Center Avenue | 11 E. 44th Street |
| Fort Lee, NJ 07024 | Suite 1001 |
| TEL: (201)363-0101 | New York, NY 10017 |
|      (201)482-4183 | |
|      (551)309-9833 | |
| DLEE@DHLLAW.COM | |
| www.thelawofficesofdianehlee.com | |
| *Member of NY and NJ Bars | |

**PLEASE REPLY TO FORT LEE OFFICE**

November 24, 2025

**VIA ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Abdelrahman v. Laconia Meat Corp. et al, Case No. 24-cv-09704-GS**
    **Request for First Adjournment for the In-Person Settlement Conference**

Dear Judge Wang:

My firm represents the Defendants in the above-referenced matter.

I am writing this letter to respectfully request that the in-person settlement conference currently scheduled for Wednesday, December 17, 2025 at 12:00pm be adjourned to December 23, 29, or 30, 2025. This is due to a conflict in my schedule.

This is my first request for an adjournment. Thank you.

Very truly yours,

Diane H. Lee

Enclosure

cc: Peter Hans Cooper, Esq. (Via ECF)
    Cilenti & Cooper PLLC
    Attorney for Plaintiff

Application **DENIED.**

Counsel is directed to write in and propose additional dates the weeks of January 12 and January 20 of 2026.

**SO ORDERED.**

_____
Ona T. Wang          November 24, 2025
U.S.M.J.