# MEMO ENDORSED.

## The Law Offices of Diane H. Lee, P.C.*

1630 Center Avenue
Fort Lee, NJ 07024
TEL: (201)363-0101
(201)482-4183
(551)309-9833
DLEE@DHLLAW.COM
www.thelawofficesofdianehlee.com
*Member of NY and NJ Bars

11 E. 44th Street
Suite 1001
New York, NY 10017

PLEASE REPLY TO
FORT LEE OFFICE

November 24, 2025

**VIA ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Abdelrahman v. Laconia Meat Corp. et al, Case No. 24-cv-09704-GS
    Request for First Adjournment for the In-Person Settlement Conference

Dear Judge Wang:

My firm represents the Defendants in the above-referenced matter.

Pursuant to Your Honor's Order (Dkt. 40) filed on November 24, 2025, I am writing this letter to respectfully request that the in-person settlement conference currently scheduled for Wednesday, December 17, 2025 at 12:00pm be adjourned to any of the following dates: January 12, 13, 14, 15, 16, 20, 21, 22, and 23, 2026. This is due to a conflict in my schedule.

This is my first request for an adjournment. Thank you.

Very truly yours,

Diane H. Lee
Enclosure

cc: Peter Hans Cooper, Esq. (Via ECF)
    Cilenti & Cooper PLLC
    Attorney for Plaintiff

The December 17 Conference is **ADJOURNED** to **Thursday, January 22, 2026** at **12:00 PM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

_____
Ona T. Wang                November 24, 2025
U.S.M.J.