**MEMO ENDORSED.**

## CILENTI & COOPER, PLLC

### ATTORNEYS AT LAW

60 East 42nd Street - 40th Floor
New York, New York 10165

_____

Telephone (212) 209-3933
Facsimile (212) 209-7102

March 13, 2026

**JOINT MOTION TO ADJOURN
AND REQUEST FOR
SETTLEMENT CONFERENCE**

**VIA ECF**
Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     ***Wefky Abdelrahman v. Laconua Meat Corp. dba C-Town, et. al.***
Case No.:   24 cv 9704 (GS)(OTW)

Dear Judge Wang,

We are counsel for the plaintiff. This case has been referred to Your Honor for settlement [Docket 33]. We conferred our respective clients and respectfully request the court schedule an in-person settlement conference on one of the following dates: May 5, 11, 19.  If the court is not available on these dates we will request other availability from our respective clients. In addition and as discussed with the court at the last telephone conference, we ask the court to adjourn the scheduled telephone conference on April 30, 2025 [Docket 44] and schedule *ex parte* submissions and an in-person settlement conference.

The Court will hold an in-person settlement conference in this matter on Tuesday, **May 19, 2026 at 2:00 PM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Parties' ex-parte pre-conference submissions are due via email to Chambers on May 12, 2026.

The preliminary settlement conference on April 30 is **ADJOURNED** sine die.

**SO ORDERED.**

Respectfully submitted,

CILENTI & COOPER, PLLC

By: _____
          *Peter Hans Cooper*
          Peter Hans Cooper

_____
Ona T. Wang                                    March 16, 2026
U.S.M.J.