MEMO ENDORSED

CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
60 East 42nd Street - 40th Floor
New York, New York 10165

Telephone (212) 209-3933
Facsimile (212) 209-7102

September 28, 2026

**STATUS REPORT/MOTION FOR STAY**

Application granted. This matter is hereby stayed pending subsequent developments. The parties shall file a subsequent joint status letter by no later than November 16, 2026. SO ORDERED.

Date: October 1, 2026

Gary Stein
United States Magistrate Judge
Southern District of New York

**VIA ECF**
Honorable Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: ***Wefky Abdelrahman v. Laconia Meat Corp. dba C-Town, et. al.***
Case No.: 24 cv 9704 (GS)

Dear Judge Stein,

We are counsel to the plaintiff Wefky Abdelrahman ("plaintiff"). This action is brought pursuant to the Fair Labor Standards Act and New York Labor Law.

We write with reference to the court's August 21, 2026 order for a status report. The parties had scheduled depositions for September 2026 and were on track to complete discovery, but on September 9, 2026, plaintiff was detained by ICE. As of this filing plaintiff's counsel has spoken with his client's fiancée but has not communicated directly with his client.

Plaintiff's counsel respectfully asks for a stay while he attempts to communicate with his client; defendants' counsel consents to this application. We respectfully ask the court to order the parties to file a further status report on or before November 16, 2026. We thank the court for its consideration of this case.

Respectfully submitted,
CILENTI & COOPER, PLLC

By: Peter Hans Cooper
Peter Hans Cooper

cc: All Counsel of Record (Via E-mail and ECF)